```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/20/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,            :

       -against-                              :       12 Cr. 235 (WHP)

PEDRO ESPADA JR., et al.             :       <u>ORDER</u>

              Defendants.     :
-------------------------------------------------------------X

WILLIAM H. PAULEY III, United States District Judge:

        The Court received the attached letter dated July 17, 2012 and now forwards it to all counsel. This matter will be addressed at the conference scheduled for July 23, 2012 at 5:15 p.m.

Dated: July 20, 2012
       New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                      U.S.D.J.

*Counsel of record:*

Carolyn Pokorny, Esq.
Todd D. Kaminsky, Esq.
U.S. Attorney's Office, EDNY
271 Cadman Plaza East
Brooklyn, NY 00114
*Counsel for Government*

Jeffrey Pittel, Esq.
*Counsel for Defendant*

# JEFFREY G. PITTELL
### ATTORNEY AT LAW

**MAHER & PITTELL, LLP**
299 East Shore Road
Great Neck, New York  11023
www.jpittell.com

Tel  (516) 829-2299
Fax  (516) 977-3003
Email  jp@jpittell.com



July 17, 2012

EX PARTE

Chambers of the Hon. William H. Pauley III
US District Court
500 Pearl St
New York, NY 10007

Re:   *U.S. v. Espada, Jr., et al [Pedro Espada, Jr]  12 cr 235 (WHP)*

Dear Judge Pauley:

    Please accept this letter as a status report regarding submission of CJA Form 23 in the above referenced matter.

    Currently, Mr. Espada has not been able to retain counsel to represent him in this matter. However, he will not be submitting a signed CJA Form 23 pursuant to a request for appointment of counsel.  Please do not hesitate to contact me if the Court has any questions or needs further information.

                            Respectfully submitted,

                            /s/
                            Jeffrey G. Pittell

1