```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,

     -against-                             12 CR 235 (WHP)

PEDRO ESPADA, JR. and
PEDRO GAUTIER ESPADA,

               Defendants.

- - - - - - - - - - - - - - - - - -X
```

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Special Assistant United States Attorney Roger Burlingame from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

>Assistant United States Attorney Roger Burlingame
>United States Attorney's Office (Criminal Division)
>Eastern District of New York
>271 Cadman Plaza East, 6th Floor
>Tel: (718) 254-6422
>Fax: (718) 254-6669
>Email: roger.burlingame@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Roger Burlingame at the email address set forth above.

Dated:    Brooklyn, New York
          July 23, 2012

                              Respectfully submitted,

                              PREET BHARARA
                              United States Attorney


              By:
                              _____/s/_____
                              Roger Burlingame
                              Special Assistant U.S. Attorney

cc:  Clerk of the Court